UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

------------------------------------X

CATHY WIESELER-MYERS, individually
and on behalf of classes of similarly situated
individuals,

        *Plaintiff*,                       No.: 6:17-cv-03346-BCW

    -against-

SUNRISE COMMUNICATIONS, INC.,
a Missouri corporation,

and

DIRECTV, LLC, a California limited
liability company

        *Defendants*.

------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
## FED. R. CIV. P. 41(a)(1)(A)(ii)

    Plaintiff, CATHY WIESELER-MYERS, and defendants, SUNRISE COMMUNICATIONS, INC. and DIRECTV, LLC, by and through their respective attorneys, HEREBY STIPULATE AND AGREE, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed in its entirety and with prejudice as to Cathy Wieseler-Myers' individual claims against Sunrise Communications, Inc. and DirecTV, LLC, and without prejudice as to the claims of the putative class members.

    **IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 1, 2018 | MEYER WILSON CO., LPA |
| | By: /s/ *Matthew R. Wilson* |
| | Matthew R. Wilson |
| | *Attorneys for Plaintiff* |


| | |
|---|---|
| Dated: June 1, 2018 | KLEIN MOYNIHAN TURCO LLP |
| | By: /s/ *Neil E. Asnen (admitted pro hac vice)* |
| | Neil E. Asnen |
| | |
| | Danne Webb, Esq. (MO Bar No. 39384) |
| | HORN AYLWARD & BANDY, LLC |
| | 2600 Grand Blvd., Suite 1100 |
| | Kansas City, MO 64108 |
| | Telephone: (816) 421-0700 |
| | Facsimile: (816) 421-0899 |
| | Email: dwebb@hab-law.com |
| | *Attorneys for Sunrise Communications, Inc.* |


| | |
|---|---|
| Dated: June 1, 2018 | MAYER BROWN LLP |
| | By: /s/ *Hans J. Germann* |
| | Hans J. Gerrmann |
| | *Attorneys for DirecTV, LLC* |